UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DERICK PEREZ

Plaintiff

v.                                                            CASE NUMBER: 98-2241(DRD)

PEPSI COLA BOTTLING COMPANY

Defendant

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: October 29, 1999  Docket # 9<br>[X] Plff         [] Deft<br>[ ] Other<br><br>Title: MOTION REQUESTING THE WITHDRAWAL WITH PREJUDICE OF THE ABOVE CAPTIONED COMPLAINT | **GRANTED.** The court hereby GRANTS plaintiff's request for voluntary dismissal with prejudice under Fed. R. Civ. P. 41(a)(2) but **without** the imposition of costs, expenses or attorneys' fees. Judgment shall be entered accordingly.<br><br>IT IS SO ORDERED. |

Date: November 30, 1999

DANIEL R. DOMINGUEZ
U.S. District Judge



N:\98-2241.vol