# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

12/3/99 PURSUANT
TO FRCP RULES 58 & 79.

**DERICK PEREZ**

    **Plaintiff**

      **v.**                                                **CASE NUMBER: 98-2241(DRD)**

**PEPSI COLA BOTTLING COMPANY**

    **Defendant**

RECEIVED
NOV 30 1999

## JUDGMENT

| MOTION | JUDGMENT |
|---|---|
| **Date**<br>**Filed:** October 29, 1999    **Docket # 9**<br>[X] **Plff**       [] **Deft**<br>[ ] **Other**<br><br>**Title:** MOTION REQUESTING THE WITHDRAWAL WITH PREJUDICE OF THE ABOVE CAPTIONED COMPLAINT | Pursuant to the Order of dismissal entered on this same date, the Court hereby dismisses the instant complaint **with prejudice but without** the imposition of costs, expenses or attorneys' fees. |

**Date**: November 30, 1999

**DANIEL R. DOMINGUEZ**
**U.S. District Judge**

